**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Gyanendra Patra v. Clare Schoene and Adam E. Hampton

Appellate case number:    01-22-00277-CV

Trial court case number:    20-DCV-271333

Trial court:                        400th District Court of Fort Bend County

After appellant Gyanendra Patra filed his appellant's brief on June 22, 2022, appellee Clare Schoene's brief was initially due on July 22, 2022. Schoene did not file an appellee's brief by that deadline. Accordingly, on October 6, 2022, Schoene was notified that the time for filing her brief had passed, and that failure to file a brief, or motion to extend the time to file a brief, by October 17, 2022 may result in the Court setting the appeal for submission without an appellee's brief.

On October 14, 2022, Schoene filed her "First Motion to Extend Time to File Appellee's Brief." In her motion, Schoene requests that the deadline to file her appellee's brief be extended to November 14, 2022. Schoene states that the extension is requested because her counsel "did not see the notice" advising the parties that appellant had filed his brief on June 22, 2022, after he was notified multiple times that his appellant's brief was late and he requested several extensions of the deadline to file his appellant's brief.

The motion states that counsel for Schoene attempted to confer with counsel for appellant, but at the time of filing the motion, counsel "had not received a response." *See* TEX. R. APP. P. 10.1(a)(5).

Schoene's motion to extend time to file her appellee's brief is **granted**. Schoene's appellee's brief must be filed with this Court on or before November 14, 2022. N**o further extensions will be considered**, and the failure to file a brief by November 14, 2022 will result in the appeal being set for submission without an appellee's brief.

It is so ORDERED.

Judge's signature: /s/ April Farris
☑Acting individually

Date: November 3, 2022